MAY 18, 1943

**No. 48290.**—SUIT 4387.——*United States* v. *Ritter Carlton Co.* C. D. 584 affirmed April 5, 1943. C. A. D. 234.

**No. 48291.**—SUIT 4402.——*United States* v. *Associated Mfg. Co.* C. D. 638 reversed April 5, 1943. C. A. D. 238.

**No. 48292.**—SUIT 4409.— *United States* v. *Bailey, Green & Elger, Inc.* affirmed April 5, 1943. C. A. D. 237.

BEFORE THE SECOND DIVISION, MAY 19, 1943

**No. 48293.**—Protest 80928–K of American Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. In view of the uncontradicted evidence it was held that oilcans similar to those involved in Abstract 40863 are dutiable as hollow ware at 40 percent under paragraph 339, and bicycle horns similar to those the subject of *Spiegel* v. *United States* (9 Cust. Ct. 194, C. D. 692) were held dutiable as parts of bicycles at 30 percent under paragraph 371, as claimed.

**No. 48294.**—Protest 94548–K of S. Lisk & Bro. (New York).

Opinion by LAWRENCE, J. As the uncontradicted evidence disclosed that the paperweights are similar in all material respects to the merchandise involved in *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) they were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 48295.**—Protest 96269–K of Alpha Lux Co., Inc. (Philadelphia).

Opinion by LAWRENCE, J. It was conclusively established that the articles in question are similar to those the subject of Abstract 47453. In accordance therewith the claim at 27½ percent under paragraph 372 was sustained.